UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STANLEY PIGOTT,

                Petitioner,

    v.

KING COUNTY JAILER,

                Respondent.

Case No. C14-356 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Amended Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's objections and responses to that, and the remaining record, finds and **Orders** as follows:

1.     The Report and Recommendation is **ADOPTED**;

2.     Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** without prejudice for lack of subject matter jurisdiction;

3.     Petitioner is **DENIED** issuance of a certificate of appealability;

4.     The Motion to Appoint Counsel and the "Emergency Motion for Writ of Habeas Corpus" are **STRICKEN AS MOOT**; and

//

//

//

ORDER OF DISMISSAL- 1

5.   The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 30th day of May 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 2